# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**RILEY ANN NORMAN**                                                    **PLAINTIFF**

**V.**                                               **CIVIL ACTION NO. 1:16CV152 LRA**

**NANCY BERRYHILL,**
**COMMISISONER OF SOCIAL SECURITY**                         **DEFENDANT**

## FINAL JUDGMENT

The Court hereby orders, pursuant to 42 U.S.C. § 405(g), that the Complaint be dismissed and that final judgment be entered in favor of the Commissioner in accordance with the Memorandum Opinion and Order entered by this Court. The above-style and numbered cause is dismissed with prejudice.

SO ORDERED, this the 27th day of September 2017.


                                                             _s/ Linda R. Anderson_
                                             UNITED STATES MAGISTRATE JUDGE